**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
HALPERN LAW GROUP, P.C.
62910 O.B. Riley Rd., Suite 100
Bend, OR  97703
Voice: (541) 388-8410
Fax: (541) 323-2306
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**DORIS DENISE DAY**,                                              Case No. 6:20-CV-01327-BR

     Plaintiff,
                                                                         ORDER
vs.

**COMMISSIONER OF SOCIAL SECURITY**,

     Defendant.

     A supplemental award of attorneys fees in the amount of $3414.47 is hereby granted to Plaintiff, pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412.  The check shall be sent to Ari Halpern's address, above.  In accordance with the fee assignment which Plaintiff has signed—see ECF document 25-2—payment shall be made in Ari Halpern's name if no debt subject to offset exists.

     Dated this 25th day of July, 2022

                                                            /s/ Anna J. Brown

                                                         ANNA J. BROWN
                                                         United States Senior District Judge

Submitted by:
s/ Ari D. Halpern
ARI D. HALPERN, OSB # 045230
Voice: (541) 388-8410
ari@halpernlawgroup.net
Attorney for Plaintiff